# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

LAWRENCE J. RUSSELL                                                                  PLAINTIFF
ADC # 171943

V.                                      No. 4:21-CV-758-BRW-JTR

ANNETTE PIERCE, Mental Health, Varner
Correctional Facility; JAY WARNER, Mental
Health, Varner Correctional Facility;
TAMARA CRAWLEY, Mental Health, Varner
Correctional Facility; MARIE RODELA, Mental
Health, Varner Correctional Facility; KING,
Mental Health, Varner Correctional Facility;
ADAM CLARK, Warden, Varner
Correctional Facility                                                                DEFENDANTS

## ORDER

The Court has received a Recommendation for dismissal from Magistrate Judge J. Thomas Ray. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Defendants' Motion for Summary Judgment (Doc. 27) is GRANTED, and Russell's Complaint is dismissed, without prejudice.

IT IS SO ORDERED this 6th day of September 2023.

                                                              BILLY ROY WILSON
                                                      _____
                                                      UNITED STATES DISTRICT JUDGE